UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARRELL MOSLEY, <br><br>  Plaintiff, <br><br> vs. <br><br> BRADFORD P. SMITH, <br><br>  Defendant. | Case No. 2:13-cv-01284-GMN-GWF <br><br> **ORDER** |

This matter comes before the Court on pro-se Plaintiff's Letter (#8), filed on February 5, 2014, which the Court construes as a motion. Plaintiff, who is in the custody of High Desert State Prison, represents that he is no longer in possession of a copy of his original Complaint (#3). Plaintiff now requests the Court to provide him with a copy of the Complaint.

**IT IS HEREBY ORDERED** that Plaintiff's Motion (#8) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of the Complaint (#3) to Plaintiff's address listed on the civil docket in this case.

DATED this 21st day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge